Allison V. Saunders, Bar No. 220010
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA  90071
Telephone:  (213) 237-2400
Facsimile:  (213) 237-2401
E-mail:       asaunders@fordharrison.com

John F. Welsh, admitted *pro hac vice*
BELLO WELSH LLP
125 Summer Street Suite 1200
Boston, MA 02110
Telephone:  (617) 247-4100
Facsimile:  (617) 247-4125
E-mail:       jwelsh@bellowelsh.com

Attorneys for Defendant
Black Duck Software, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| STEVEN CHIN, an individual,<br><br>         Plaintiff,<br><br>v.<br><br>BLACK DUCK SOFTWARE, INC., a Corporation, DOES 1 through 20 inclusive,<br><br>         Defendants. | Case No. 15-cv-04016-SBA<br><br>**STIPULATION WITHDRAWING FROM THE COURT'S MEDIATION PROGRAM** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation:

The parties have agreed to participate in a private mediation with Barry Winograd, on Thursday, December 17, 2015, and therefore respectfully request this Court to withdraw the appointment of Jonathan U. Lee, Assistant United States

WSACTIVELLP:8158224.1
FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES
/CASE NO. 15-cv-04016-SBA                     -1-
STIPULATION WITHDRAWING FROM THE COURT'S MEDIATION PROGRAM
DOCUMENT PRINTED ON RECYCLED PAPER

Attorney as mediator under the Court's mediation program.

Dated:  December 15, 2015          Respectfully submitted,

BELLO WELSH LLP


By: */s/ John F. Welsh*
    John F. Welsh, admitted *pro hac vice*
    Attorney for Defendant Black Duck
    Software, Inc.


Dated:  December 15, 2015          Respectfully submitted,

LAW OFFICES OF MICHAEL T. WELCH


By: */s/ Michael T. Welch*
    Michael T. Welch
    Attorney for Steven Chin

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

12/15/2015

IT IS SO ORDERED

*Sandra B. Armstrong*
Judge Saundra B. Armstrong

WSACTIVELLP:8158224.1
/Case No. 15-cv-04016-SBA          -2-
STIPULATION WITHDRAWING FROM THE COURT'S MEDIATION PROGRAM
DOCUMENT PRINTED ON RECYCLED PAPER

Ford & Harrison LLP
Attorneys At Law
Los Angeles