Allison V. Saunders, Bar No. 220010
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA  90071
Telephone:  (213) 237-2400
Facsimile:  (213) 237-2401
E-mail:  asaunders@fordharrison.com

John F. Welsh, admitted *pro hac vice*
BELLO WELSH LLP
125 Summer Street Suite 1200
Boston, MA 02110
Telephone:  (617) 247-4100
Facsimile:  (617) 247-4125
E-mail:  jwelsh@bellowelsh.com

Attorneys for Defendant
Black Duck Software, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| STEVEN CHIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BLACK DUCK SOFTWARE, INC., a Corporation, DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 15-cv-04016-SBA<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A), it is agreed by and between Plaintiff Steven Chin and Defendant Black Duck Software, Inc., that all claims in this matter against Black Duck Software, Inc. be dismissed in their entirety and with prejudice, with each party paying its own fees and costs.

· WSACTIVELLP:8158224.1
/CASE NO. 15-cv-04016-SBA                              -1-
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

Dated:  March 3, 2016    Respectfully submitted,

BELLO WELSH LLP

By: */s/ John F. Welsh*
    John F. Welsh, admitted *pro hac vice*
    Attorney for Defendant Black Duck
    Software, Inc.

Dated:  March 3, 2016    Respectfully submitted,

LAW OFFICES OF MICHAEL T. WELCH

By: */s/ Michael T. Welch*
    Michael T. Welch
    Attorney for Steven Chin

WSACTIVELLP:8158224.1
/Case No. 15-cv-04016-SBA   -2-
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Ford & Harrison LLP
Attorneys At Law
Los Angeles